THE PAULSBORO LOAN AND BUILDING ASSOCIATION, appellant,

*v.*

ANNIE E. LUMMIS et al., respondents.

[Submitted March 23d, 1914.   Decided May 4th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Mr. Austin H. Swackhamer,* for the appellant.

*Mr. W. Earle Miller* and *Mr. John Boyd Avis,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, WHITE, HEPPENHEIMER—11.

*For reversal*—None.